LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RUGER 9MM HANDGUN, SERIAL NO. 305-43453,<br><br>   Defendant. | 1:09-CV-01086-AWI-SMS<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.      Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.      The defendant a Ruger 9mm Handgun, Serial No. 305-43453 (hereafter "defendant firearm") was seized in the city of Stockton, California, and is in the custody of the Drug Enforcement Administration ("DEA").  The DEA published notice of the nonjudicial forfeiture of the defendant firearm on March 26, April 9, and April 9, 2007, in the *Wall Street*

1 *Journal*.

2     4.    Plaintiff proposes that publication be made as follows:

3         a.    One publication;

4         b.    Thirty (30) consecutive days;

5         c.    On the official internet government forfeiture site www.forfeiture.gov;

6         d.    The publication is to include the following:

7             (1)    The Court and case number of the action;

8             (2)    The date of the arrest/seizure;

9             (3)    The identity and/or description of the property arrested/seized;

10            (4)    The name and address of the attorney for the Plaintiff;

11            (5)    A statement that claims of persons entitled to possession or

12 claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served

13 on the attorney for the Plaintiff no later than 60 days after the first day of publication on the

14 official internet government forfeiture site; and

15            (6)    A statement that answers to the Complaint or a motion under Rule

16 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20

17 days after the filing of the claims and, in the absence thereof, default may be entered and

18 condemnation ordered.

19 Dated: 6/25/09                                       LAWRENCE G. BROWN
20                                                           Acting United States Attorney

21                                                           /s/ Deanna L. Martinez
                                                          DEANNA L. MARTINEZ
22                                                           Assistant United States Attorney

23

24                                         ORDER

25

26 IT IS SO ORDERED.

27 **Dated:   June 29, 2009**                    /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE
28