`

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUGER 9MM HANDGUN,<br>SERIAL NO. 305-43453,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:09-cv-01086-AWI-SMS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, RECOMMENDING ENTRY OF DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(Doc. 19) |

　　　　In this civil forfeiture action, Plaintiff United States of America ("Government") moved for (1) default judgment against the interest of James Michael Walters in a Ruger 9 mm. handgun, serial number 305-43453 (the "defendant property") and (2) entry of a final forfeiture judgment to vest in the Government all right, title and interest in the defendant property.  The motion was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 3, 2010, the Magistrate Judge filed Findings and Recommendations recommending that Plaintiff's motion be granted (Doc. 19).  The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days.  No objections to the findings and recommendations were filed with the Court.

///

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 3, 2010, are adopted in full;
2. Plaintiff United States of America's motion for default judgment is GRANTED; and
3. Plaintiff United States of America, within ten (10) days of service of this order, SHALL submit a proposed default and final forfeiture judgment consistent with the Findings and Recommendations and this order.

IT IS SO ORDERED.

Dated:   July 6, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE