BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CV-01086-AWI-SMS |
| Plaintiff, | ) | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | ) | |
| RUGER 9MM HANDGUN, SERIAL NO. 305-43453 | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed April 15, 2010. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed. An Order Adopting the Magistrate Judge's Findings and Recommendations was filed July 7, 2010. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

///

///

///

1       DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE

ORDERED, ADJUDGED AND DECREED:

1. The Court adopts the Magistrate Judge's June 3, 2010, Findings and Recommendations in full.

2. James Michael Walters is held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant Ruger 9mm Handgun, Serial No. 305-43453 (hereafter "defendant firearm") of James Michael Walters and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant firearm to the United States of America, to be disposed of according to law, including all right, title, and interest of James Michael Walters.

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   July 15, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE